JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LY K. PHA,                                          )   Case No. CV 10-0231-DTB
                              Plaintiff,            )
                                                    )   **J U D G M E N T**
                vs.                                 )
                                                    )
MICHAEL J. ASTRUE,                                  )
Commissioner of Social Security,                    )
                                                    )
                              Defendant.            )

        In accordance with the Order Affirming Decision of Commissioner filed herewith,

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: May 27 , 2011

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1